## H. W. Twiehaus, Trustee, Appellee, v. 5625 Winthrop Building Corporation, et al., Appellees.
## Appeal of Henry B. Ryan Company, et al., Appellants.

Gen. No. 40,634.

opinion filed October 25, 1939; rehearing denied November 9, 1939. Concannon, Dillon, Bostelman & Snook and Maurice L. Davis, for appellants; Maurice L. Davis, of counsel; Pritzker & Pritzker, for appellee H. W. Twiehaus; Richard Weinberger, of counsel; Shulman, Shulman & Abrams, for appellee Thelma Karlin; Meyer Abrams, of counsel. Opinion by PRESIDING JUSTICE DENIS E. SULLIVAN. ''Not to be published in full.''